■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT PERAZA, Appellant. — Judgment of the Supreme Court, Suffolk County (Jaspan, J.),

rendered April 23, 1981, affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Lazer, Mangano and Niehoff, JJ., concur.